UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SOLOW BUILDING COMPANY, LLC

                Plaintiff,

    -against-

ATC ASSOCIATES INC.,

                Defendant.
-------------------------------------------------------------------X

**JUDGMENT**
01-CV- 0612 (DGT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 19 2006 ★

**BROOKLYN OFFICE**

     An Order of Honorable David G. Trager, United States District Judge, having been filed on May 15, 2006, dismissing the action, without prejudice, for failure to prosecute pursuant to Rule 41(b) of the Fed. R. Civ. P.; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the action is dismissed, without prejudice, for failure to prosecute pursuant to Rule 41(b) of the Fed. R. Civ. P.

Dated: Brooklyn, New York
       May 16, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court